**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | |
|---|---|
| IN RE: ) | |
|    Justin and Brittni Teaford, ) | Case No. 3:22-BK-30920-SHB |
|    Debtor(s). ) | Chapter 7 |

## NOTICE OF AMENDMENT TO SCHEDULES AB & C

Comes now the debtor(s), through counsel and notices interested parties that the debtor(s) have amended schedules AB & C to disclose an asset, specifically the 2021 anticipated tax refund and to exempt that asset to the extent possible.

Dated:                                    s/ Cynthia T. Lawson
                                          Attorney for the Debtor(s)
                                          Cindy Lawson & Associates, P.C.
                                          6704 Watermour Way
                                          Knoxville, TN  37912
                                          (865) 938-0733


### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the NOTICE OF AMENDMENT OF SCHEDULES has been furnished, by Electronic Filing (ECF) or by mailing through U.S. Mail, first class, postage pre-paid (USM) to the following:

John P. Newton, Jr.   (ECF)                Tiffany A. DiIorio, Esq.  (ECF)
Chapter 7 Trustee                          U.S. Trustee's Office

All creditors of record   (USM)
See mailing matrix

Dated:                                    s/ Cynthia T. Lawson
                                          Attorney for the Debtor(s)

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin David Teaford** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brittni Nichole Teaford** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number: 3:22-bk-30920-SHB

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: **Dodge** | Who has an interest in the property? Check one | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|---|
| | Model: **Ram** | ☐ Debtor 1 only | | |
| | Year: **2017** | ☐ Debtor 2 only | | |
| | Approximate mileage: **54,000** | ■ Debtor 1 and Debtor 2 only | $28,000.00 | $28,000.00 |
| | Other information: 1C6RR7LG9HS813827 | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| 3.2 | Make: **Jeep** | Who has an interest in the property? Check one | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|---|
| | Model: **Grand Cherokee** | ☐ Debtor 1 only | | |
| | Year: **2021** | ☐ Debtor 2 only | | |
| | Approximate mileage: **7,500** | ■ Debtor 1 and Debtor 2 only | $46,000.00 | $46,000.00 |
| | Other information: 1C4RJKAG5M8149331 | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Debtor 1 **Justin David Teaford**
Debtor 2 **Brittni Nichole Teaford**    Case number *(if known)* **3:22-bk-30920-SHB**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1 Make: **Pro Craft**
   Model: **Bass boat**
   Year: **2000**
   Other information:

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$5,000.00**
   Current value of the portion you own? **$5,000.00**

   4.2 Make:
   Model:
   Year:
   Other information: **Golf Cart**

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
   (see instructions)

   Current value of the entire property? **$6,000.00**
   Current value of the portion you own? **$6,000.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=> **$85,000.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   **All furniture, appliances, dishes, linens, tools & other household items**    **$1,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   **All electronics (TV's, Cell phones, etc)**    **$400.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

| Debtor 1 | **Justin David Teaford** | | |
|---|---|---|---|
| Debtor 2 | **Brittni Nichole Teaford** | Case number *(if known)* | **3:22-bk-30920-SHB** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Clothing** | **$300.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Watch, Necklaces, Rings, Costume Jewelry** | **$0.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................... **$2,200.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................    Institution name:

    | 17.1. | **Checking and Savings** | **TN State Bank** | **$900.00** |
    |---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

| Debtor 1 | **Justin David Teaford** | | |
|---|---|---|---|
| Debtor 2 | **Brittni Nichole Teaford** | Case number *(if known)* | 3:22-bk-30920-SHB |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
        Name of entity:               % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
        Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................
        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............
        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............
        Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Anticipated 2021 tax refund | **Federal Income Tax** | $16,046.00 |
|---|---|---|

| Debtor 1 | Justin David Teaford | | |
|---|---|---|---|
| Debtor 2 | Brittni Nichole Teaford | Case number *(if known)* | 3:22-bk-30920-SHB |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| UNUM | Spouse | $195.54 |
| UNUM | Spouse | $121.99 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**   $17,263.53

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin David Teaford** | | |
| Debtor 2 | **Brittni Nichole Teaford** | Case number *(if known)* | **3:22-bk-30920-SHB** |

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

> **The values listed with regard to all items in Schedule B represent the debtor's best estimate as to the amount the items could be sold for, used and "as is", to a willing buyer. None of the values are intended to represent the replacement value, actual cash value or any other value of the listed items as defined by the debtor's homeowner's insurance policy or any other insurance policy.**

$0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... $0.00

### Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $85,000.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $2,200.00 |
| 58. | **Part 4: Total financial assets, line 36** | $17,263.53 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61... $104,463.53   Copy personal property total | $104,463.53 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | $104,463.53 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** First Name | **David** Middle Name | **Teaford** Last Name |
| Debtor 2 (Spouse if, filing) | **Brittni** First Name | **Nichole** Middle Name | **Teaford** Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): 3:22-bk-30920-SHB

■ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2017 Dodge Ram 54,000 miles 1C6RR7LG9HS813827**  Line from *Schedule A/B*: **3.1** | $28,000.00 | ■ $1,179.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Golf Cart**  Line from *Schedule A/B*: **4.2** | $6,000.00 | ■ $6,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **All furniture, appliances, dishes, linens, tools & other household items**  Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **All electronics (TV's, Cell phones, etc)**  Line from *Schedule A/B*: **7.1** | $400.00 | ■ $400.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Clothing**  Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

| Debtor 1 | Justin David Teaford | | |
|---|---|---|---|
| Debtor 2 | Brittni Nichole Teaford | Case number (if known) | 3:22-bk-30920-SHB |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Checking and Savings: TN State Bank**<br>Line from Schedule A/B: **17.1** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Federal Income Tax: Anticipated 2021 tax refund**<br>Line from Schedule A/B: **28.1** | $16,046.00 | ■ $10,021.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **UNUM**<br>**Beneficiary: Spouse**<br>Line from Schedule A/B: **31.1** | $195.54 | ■ $195.54<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 56-7-203** |
| **UNUM**<br>**Beneficiary: Spouse**<br>Line from Schedule A/B: **31.2** | $121.99 | ■ $121.99<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 56-7-203** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

IN RE: Justin and Brittni Teaford								Chapter 7 No. 3:22-BK-30920-SHB

## DECLARATION CONCERNING DEBTOR'S
## AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

Under penalty of perjury, I declare that I have read the foregoing AMENDMENTS filed with this declaration and that they are true and correct.

Date: 8/2/22                             _____
                                         Justin Teaford

Date: 8/2/22                             _____
                                         Brittni Teaford

Penalty for making a false statement or concealing property. Fine of up to $250,000 or imprisonment for up to 20 years or both. 18 U.S.C. Secs. 152, 1341, 1519 and 3571.

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing AMENDMENTS have been furnished to the following via electronic case filing email:

| | | |
|---|---|---|
| John P. Newton, Jr. | (ECF) | Tiffany A. DiIorio, Esq. (ECF) |
| Chapter 7 Trustee | | U.S. Trustee's Office |

All creditors of record (USM)
See mailing matrix

Dated: 8/6/22

Lynn Tarpy, Esq. (ECF)
Attorney for R Mountain Life, LLC
Jason Rogers, Esq. (ECF)
Attorney for ORNL
**s/Cynthia T. Lawson**
Cynthia T. Lawson

Affirm
633 Folsom St, 7th Floor
San Francisco, CA 94107

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Aramark Uniform Services
P.O. Box 92430
Nashville, TN 37209-8430

Attorney General of the United States
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Bluevine
30 Montgomery St. #1400
Jersey City, NJ 07302

Capital One
Po Box 31293
Salt Lake City, UT 84131

CBC
Agent For:
PO Box 5067
Kingsport, TN 37663

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Citizens Bank, NA
One Citizens Plaza
JCC110
Providence, RI 02915

Citizens National Bank
PO Box 4610
Sevierville, TN 37864

ClearBalance
P.O. Box 927830
San Diego, CA 92192

Comenity Bank/Children's Place
Bankruptcy Dept.
PO Box 182125
Columbus, OH 43218

Credit Key
145 S Fairfax Ave Suite 200
Los Angeles, CA 90036

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Donna Patrick
c/o Scott D. Hall
374 Forks of the River Parkway
Sevierville, TN 37862

East Tennessee Children's Hospital
PO Box 15010
Knoxville, TN 37901

Eastman Credit Union
Attn: Bankruptcy
Po Box 1989
Kingsport, TN 37662

Enhanced Recovery Company
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Everest Business Funding
8200 NW 52nd Terrace 2nd floor
Miami, FL 33166

Flexibility Capital
1501 Broadway Suite 1511
New York, NY 10036

Fox Funding
1500 East Tropicana Avenue
Las Vegas, NV 89119

Fundbox
6900 Dallas Parkway
Suite 700
Plano, TX 75024

Key 2 Recovery
Attn: Bankruptcy
201 N Brookwood Ave
Hamilton, OH 45013

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Lending Funding
800 Brickell Ave Suite 902
Miami, FL 33131

Mountain Brook Apartments
234 Circle Drive
Gatlinburg, TN 37738

Navient Solutions Inc
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barre, PA 18773

Nelnet
Attn: Bankruptcy Claims
Po Box 82505
Lincoln, NE 68501

Pacific Western
2400 E. Katella Avenue, Suite 125
Anaheim, CA 92806

Park National Bank
Attn: Bankruptcy
50 N Third St
Newark, OH 43055

Quickbooks Capital
2632 Marine Way
Mountain View, CA 94043

Rhinehart
4721 Singleton Station Rd
Louisville, TN 37777

River Valley Credit Union
Attn: Bankruptcy
505 Earl Blvd
Miamisburg, OH 45342

Select Funding
26775 Malibu Hills Road
2nd Floor
Agoura Hills, CA 91301

Sevier County Utility District
PO Box 4398
Sevierville, TN 37864

Seymour Pediatrics
11616 Chapman Hwy
Seymour, TN 37865

State of TN Sales Tax Division
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Sysco Foods
900 Tennessee Ave
Knoxville, TN 37921

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Tim Gay
c/o Scott D. Hall
374 Forks of the River Parkway
Sevierville, TN 37862

U.S. Dept of Education
Office of General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

Uplift, Inc.
Attn: Bankruptcy
801 El Camino Real
Menlo Park, CA 94025

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707

Wright Patt Credit Union
Attn: Bankruptcy
3560 Pentagon Blvd.
Beavercreek, OH 45431

Wright State Universit
100 Global View Drive
Warrendale, PA 15086